ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :   **SUPERSEDING INDICTMENT**
        - v. -                :
                              :   S1 22 Cr. 43 (JFK)
ANDRE BARNES, a/k/a "Lotty,"  :
and                           :
EMMANUEL COBBS, a/k/a "Trap   :
Manny,"                       :
                              :
        Defendants.           :
- - - - - - - - - - - - - - - X

### COUNT ONE

**(Felon in Possession of Ammunition)**

The Grand Jury charges:

1. On or about January 27, 2021, in the Southern District of New York and elsewhere, ANDRE BARNES, a/k/a "Lotty," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, ammunition BARNES discharged during a shooting on Ogden Avenue between 170th and 171st Street, in the Bronx, New York, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

## COUNT TWO

### (Felon in Possession of Ammunition)

The Grand Jury further charges:

2.  On or about January 27, 2021, in the Southern District of New York and elsewhere, EMMANUEL COBBS, a/k/a "Trap Manny," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, ammunition COBBS discharged during a shooting on Ogden Avenue between 170th and 171st Street, in the Bronx, New York, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANDRE BARNES, a/k/a "Lotty," and
EMMANUEL COBBS, a/k/a "Trap Manny,"

Defendants.

SUPERSEDING INDICTMENT

S1 22 Cr. 43 (JFK)

(18 U.S.C. §§ 922(g) & 2)

DAMIAN WILLIAMS
United States Attorney

*[signature]*

7/11/22  Filed s Indictment Warrant Issued

(COT USMJ)