

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States* v. *Emmanuel Cobbs*
      22 Cr. 43 (JPO)

Dear Judge Oetken:

  A status conference is presently calendared for defendant Emmanuel Cobbs on August 3, 2023. The parties respectfully request an adjournment of the status conference of approximately 90 days.

  Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between August 3, 2023 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendant to review discovery and for the parties to continue to discuss a potential disposition. In addition, defense counsel consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christopher D. Brumwell
Emily A. Johnson
Assistant United States Attorneys
212-637-2477 / 2409

---

Granted. The August 3, 2023 pretrial conference is adjourned to November 20, 2023 at 12:00 pm. The Court hereby excludes time through November 20, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
 So ordered:
 8/1/2023

_____
J. PAUL OETKEN
United States District Judge